**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

Miscellaneous Docket No. 151

IN RE NINTENDO CO., LTD., NINTENDO OF AMERICA INC.,
BEST BUY PURCHASING, LLC, BEST BUY STORES, L.P.,
BESTBUY.COM, LLC, BJ'S WHOLESALE CLUB, INC.,
COMPUSA.COM INC., GAMESTOP CORP., KMART CORPORATION,
PC CONNECTION, INC., QVC, INC., RADIOSHACK CORPORATION,
SEARS, ROEBUCK AND CO., TARGET CORPORATION,
TIGERDIRECT, INC., TOYS "R" US-DELAWARE, INC.,
and TRANS WORLD ENTERTAINMENT CORPORATION,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 11-CV-0496, Judge Leonard Davis.

Authorized Abbreviated Caption[2]

IN RE NINTENDO CO.,LTD., MISC. NO. 151

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.