FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In Re Nintendo Co., Ltd., et al _____ v. _____

Misc. No. 151

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se      ✔ As counsel for: Nintendo Co., Ltd., Nintendo of America Inc., Best Buy Stores, L.P., BestBuy.com, LLC, Best Buy Purchasing, LLC, BJ's Wholesale Club, Inc., CompUSA.com Inc., TigerDirect, Inc., GameStop Corp., PC Connection, Inc., QVC, Inc., Sears, Roebuck and Co., Kmart Corporation, Target Corporation, Toys "R" Us-Delaware, Inc., Trans World Entertainment Corporation

Name of Party

I am, or the party I represent is (select one):

____ ✔ Petitioner    ____ Respondent    ____ Amicus curiae    ____ Cross Appellant

____ Appellant    ____ Appellee    ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

____ Petitioner or appellant    ____ Respondent or appellee

My address and telephone are:

Name: Richard D. Salgado
Law firm: Dentons US LLP
Address: 2000 McKinney Avenue, Suite 1900
City, State and ZIP: Dallas, Texas 75201
Telephone: (214) 259-0900
Fax #: (214) 259-0910
E-mail address: richard.salgado@dentons.com

Statement to be completed by counsel only (select one):

____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✔ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 10, 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✔ Yes    ____ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____    _____
Date    Signature of pro se of counsel

cc: see attached

# United States Court of Appeals for the Federal Circuit

IN RE NINTENDO CO., LTD., et al.

## CERTIFICATE OF SERVICE

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by DENTONS US LLP, Attorney for Petitioners, to print this document. I am an employee of Counsel Press.

On the **10th Day of May, 2013**, I served the within **Entry of Appearance** upon:

See attached Service List

**via the method indicated.**

I further certify that on this 10th day of May, 2013, the required copies, including a pdf copy on disk, have been filed by hand delivery with the Court.

May 10, 2013

_____
Counsel Press

# SERVICE LIST

| Service Upon | Party Represented | Service Method |
|---|---|---|
| The Honorable Leonard Davis<br>Chief District Judge<br>William M Steger Federal Building and<br>United States Courthouse<br>211 W. Ferguson<br>Third Floor<br>Tyler, TX 75702<br>Phone: (903) 590-1084<br>Fax: (903) 590-1190 | n/a | Overnight Courier |
| Charles J Rogers<br>Gregory Loren Maag<br>Thomas Loyd Warden<br>Conley Rose, P.C. - Houston<br>1001 McKinney Street<br>Suite 1800<br>Houston, TX 77002<br>713-238-8049<br>Fax: 713-238-8008<br>crogers@conleyrose.com<br>gmaag@conleyrose.com<br>twarden@conleyrose.com | UltimatePointer, L.L.C. | Overnight Courier and Email |
| Daymon Jeffrey Rambin<br>Elizabeth L DeRieux<br>Sidney Calvin Capshaw, III<br>Capshaw DeRieux LLP<br>114 E Commerce Avenue<br>Gladewater, TX 75647<br>903-233-4830<br>Fax: 903-236-8787<br>jrambin@capshawlaw.com<br>ederieux@capshawlaw.com<br>ccapshaw@capshawlaw.com | UltimatePointer, L.L.C. | Overnight Courier and Email |

| Service Upon | Party Represented | Service Method |
|---|---|---|
| Michael James Guthrie<br>Conley Rose<br>5700 Granite Parkway<br>Suite 330<br>Plano, TX 75024-6616<br>713-238-8000<br>Fax: 713-238-8008<br>mguthrie@conleyrose.com | UltimatePointer, L.L.C. | Overnight Courier and Email |
| David W Denenberg<br>Davidoff Hutcher & Citron, LLP - Garden City NY<br>200 Garden City Plaza<br>Suite 315<br>Garden City, NY 11530<br>516-248-6400<br>Fax: 516-248-6422<br>dwd@dhclegal.com | CompUSA.com Inc.<br>TigerDirect, Inc. | Email |
| Christopher Michael Joe<br>Monica Nguyen Tavakoli<br>Niknaz Bukovcan<br>Buether Joe & Carpenter, LLC<br>1700 Pacific Avenue, Suite 2390<br>Dallas, TX 75201<br>(214) 466-1272<br>Fax: (214) 635-1828<br>Chris.Joe@bjciplaw.com<br>monica.tavakoli@bjciplaw.com<br>niky.bukovcan@bjciplaw.com | Radioshack Corporation | Overnight Courier and Email |
| David E Finkelson<br>McGuire Woods - Richmond<br>One James Center<br>901 E Cary St<br>Richmond, VA 23219<br>804/775-1157<br>Fax: 804/225-5377<br>dfinkelson@mcguirewoods.com | Wal-Mart Stores, Inc.<br>Sam's West, Inc.<br>Sam's East Inc<br>Wal-Mart Stores Texas LLC | Overnight Courier and Email |

| Service Upon | Party Represented | Service Method |
|---|---|---|
| Lawrence Augustine Phillips<br>Michael Charles Smith<br>Siebman Reynolds Burg & Phillips LLP<br>300 N Travis St<br>Sherman, TX 75090-9969<br>903/870-0070<br>Fax: 903/870/0066<br>larryphillips@siebman.com<br>michaelsmith@siebman.com | Wal-Mart Stores, Inc.<br>Sam's West, Inc.<br>Sam's East Inc<br>Wal-Mart Stores Texas LLC | Overnight Courier and Email |
| Karen L Carroll<br>McGuire Woods - Chicago<br>77 West Wacker Dr<br>Suite 4100<br>Chicago, IL 60601<br>312/750-8646<br>Fax: 312/698-4549<br>kcarroll@mcguirewoods.com | Wal-Mart Stores, Inc.<br>Sam's West, Inc.<br>Sam's East Inc<br>Wal-Mart Stores Texas LLC | Overnight Courier and Email |
| Herbert A Yarbrough, III<br>Yarbrough Wilcox, PLLC<br>100 E. Ferguson Street<br>Ste 1015<br>Tyler, TX 75702<br>903-595-3111<br>trey@yw-lawfirm.com<br><br>Mark Christopher Nelson<br>Steven Mark Geiszler<br>DENTONS US LLP<br>2000 McKinney Avenue<br>Suite 1900<br>Dallas, TX 75201<br>214-259-0901<br>Fax: 12142590910<br>mark.nelson@dentons.com<br>steven.geiszler@dentons.com | Nintendo Co., Ltd.<br>Nintendo of America Inc.<br>Best Buy Purchasing, LLC<br>Best Buy Stores, L.P.<br>Bestbuy.Com, LLC<br>BJ's Wholesale Club, Inc.<br>CompUSA.Com Inc.<br>Gamestop Corp.<br>Kmart Corporation<br>PC Connection, Inc.<br>QVC, Inc.<br>Sears, Roebuck and Co.<br>Target Corporation<br>TigerDirect, Inc.<br>Toys "R" Us-Delaware, Inc.<br>Trans World Entertainment | Email<br><br><br><br><br><br><br><br>Email |

SERVICE LIST
PAGE 3

| Service Upon | Party Represented | Service Method |
|---|---|---|
| Arthur S Beeman<br>DENTONS US LLP<br>525 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>415/882-5000<br>Fax: 415/882-0300<br>arthur.beeman@dentons.com | Corporation<br>Wal-Mart Stores, Inc.<br>Sam's West, Inc.<br>Sam's East Inc.<br>Wal-Mart Stores Texas LLC | Email |