NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE NINTENDO CO., LTD, NINTENDO OF AMERICA INC., BEST BUY PURCHASING, LLC, BEST BUY STORES, L.P., BESTBUY.COM, LLC, BJ'S WHOLESALE CLUB, INC., COMPUSA.COM INC., GAMESTOP CORP., KMART CORPORATION, PC CONNECTION, INC., QVC, INC., RADIOSHACK CORPORATION, SEARS, ROEBUCK AND CO., TARGET CORPORATION, TIGERDIRECT, INC., TOYS "R" US-DELAWARE, INC., AND TRANS WORLD ENTERTAINMENT CORPORATION,**
*Petitioners.*

---

2013-M151

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 11-CV-0496, Judge Leonard Davis.

---

**ON PETITION**

---

**O R D E R**

Nintendo Co., Ltd. et al. submit a petition for a writ of mandamus, seeking to vacate the March 27, 2013 order of the United States District Court for the Eastern District of Texas, and remand with instructions that the district

court sever and dismiss the claims brought against non-Nintendo products.

Upon consideration thereof,

IT IS ORDERED THAT:

UltimatePointer, L.L.C. is directed to respond to the petition no later than May 29, 2013.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s19